UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL PENSION TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RANDY GENE DAVIS dba D & R ELECTRIC, et al.,<br><br>Defendants. | No.  1:21-cv-00329-AWI-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 6) |

On March 22, 2021, Plaintiffs filed a "Dismissal of Entire Action, Without Prejudice," erroneously docketed as a motion to dismiss, in which he notifies the Court of the dismissal of this action without prejudice.  (Doc. 6.)  Plaintiffs filed this notice before the opposing parties served either an answer or a motion for summary judgment.  As such, Plaintiffs have voluntarily dismissed this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Based on the foregoing, IT IS HEREBY ORDERED that the Clerk of Court SHALL CLOSE the case.

IT IS SO ORDERED.

Dated:  __**March 23, 2021**__          /s/ *Sheila K. Oberto*          
                                                              UNITED STATES MAGISTRATE JUDGE